IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHARON D. HAYS, and
husband MIKE HAYS,

    Plaintiffs,

Vs.                                CIVIL ACTION NO. 1-03-1268-T

THE GOODYEAR TIRE &
RUBBER COMPANY

    Defendant.

## RULE 41(b) ORDER OF INVOLUNTARY DISMISSAL AS TO MIKE HAYS

It appearing to the Court and upon the entire record in the cause that the claim of Mike Hays should be dismissed pursuant to and in accordance with Rule 41(b) of the Federal Rules of Civil Procedure:

IT IS SO ORDERED, ADJUDGED AND DECREED this the 16th day of August, 2005.

_____
JAMES D. TODD
United States District Court Judge

N:\DHT\2003\03-545 T Hays v. Goodyear\Pleadings\Mike Hays Rule 41b Order-Involuntary Dismissal.wpd

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8-17-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:03-CV-01268 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Joseph Taggart
LAW OFFICE OF JEFFREY A. GARRETY
65 Stonebridge Blvd.
Jackson, TN 38308--010

Hal W. Wilkins
LAW OFFICES OF HAL W. WILKINS
414 Union St.
Ste. 1900
Nashville, TN 37219--178

Jeffrey A. Garrety
LAW OFFICE OF JEFFREY A. GARRETY
65 Stonebridge Blvd.
Jackson, TN 38308--010

Honorable James Todd
US DISTRICT COURT