IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 AUG 17 AM 9: 13

SHARON D. HAYS, and
husband MIKE HAYS,

    Plaintiffs,

Vs.                                          CIVIL ACTION NO. 1-03-1268-T

THE GOODYEAR TIRE &
RUBBER COMPANY,

    Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE
## AS TO SHARON HAYS

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Sharon Hays be, and the same is hereby dismissed with prejudice, with each party to bear their own costs.

_____
JAMES D. TODD
United States District Court Judge
16 August 2005

_____
Dale H. Tuttle, Esq. (6002)
Attorney for Defendant
26 North Second Street
Memphis, TN 38103
(901) 527-4673

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____8-17-05_____



_Jeff Garrety, by D.T._
Jeffrey A. Garrety, Esq.
Attorney for Plaintiffs
65 Stonebridge Blvd.
Jackson, TN  38305
(731) 668-4878

N:\DHT\2003\03-545 T Hays v. Goodyear\Pleadings\Dismissal Order w Prejudice 8-9-05.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:03-CV-01268 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jeffrey A. Garrety
LAW OFFICE OF JEFFREY A. GARRETY
65 Stonebridge Blvd.
Jackson, TN 38308--010

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Hal W. Wilkins
LAW OFFICES OF HAL W. WILKINS
414 Union St.
Ste. 1900
Nashville, TN 37219--178

Joseph Taggart
LAW OFFICE OF JEFFREY A. GARRETY
65 Stonebridge Blvd.
Jackson, TN 38308--010

Honorable James Todd
US DISTRICT COURT